RECEIVED

SEP 29 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| AARON W. ARDOIN | CIVIL ACTION NO. 16-00369 |
| VERSUS | JUDGE DOHERTY |
| DARRELL VANNOY | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in this record;

IT IS ORDERED that the Petition for Writ of *habeas corpus* be DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, in Lafayette, Louisiana, this 29 day of September, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE